No. 86–1218.   E. F. HUTTON & CO., INC., ET AL. *v.* WOLFE
ET AL.   C. A. 11th Cir.   Certiorari granted, judgment vacated,

and case remanded for further consideration in light of *Shearson/American Express Inc.* v. *McMahon, ante,* p. 220.